IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-3273-AP**

**CHRISTOPHER J. MILLER,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

This matter is before the court on the Motion for Attorney Fees Under EAJA, (doc. #24), filed July 31, 2013, as well as the Joint Motion for Order to Approve Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (doc. #25), filed August 5, 2013. The Motions are **GRANTED**.  There is some discrepancy, however, in the agreed upon EAJA fee amount.  The court will grant the motion for fees in the amount stated in the latest filed document.  It is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$4,400.00**.

Dated at Denver, Colorado, this 9th day of August, 2013.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT