IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-3273-AP**

**CHRISTOPHER J. MILLER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the court on Plaintiff's Motion to Change ALJ on Remand (doc. #22), filed July 3, 2013. The court has considered the motion and the response thereto. The Motion is **GRANTED**. A different Administrative Law Judge shall be assigned to handle this matter on remand. Counsel is advised, however, that in the future, any requests for such change should be incorporated into the original motion for remand.

Dated:  August 9, 2013.

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT